IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CARRASQUILLO,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 09-347<br>) Judge Gary L. Lancaster/ |
| GOVERNOR EDWARD G. RENDELL;<br>ATTORNEY GENERAL THOMAS W.<br>CORBETT; JEFFREY A. BEARD,<br>Secretary of Corrections; SUSAN N.<br>HUESTON, Chief Legal Counsel; PA<br>DEPT OF CORRECTIONS; D.M.<br>CHAMBERLAIN, Superintendent of SCI<br>Pittsburgh; CORRECTION OFFICER<br>O'DONNEL,<br>    Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this 30th day of June, 2009, after the Plaintiff, David Carrasquillo, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until April 27, 2009, to file written objections thereto, and upon consideration of the objections filed by plaintiff on June 24, 2009, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed as against all Defendants except Defendant C.O. O'Donnel, pursuant to the screening provisions of the Prison Litigation Reform Act, because Plaintiff's complaint fails to state a claim upon which relief can

be granted against those Defendants.

_/s/ Gary L. Lancaster_
GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
Chief U.S. Magistrate Judge

David Carrasquillo
HO-2987
SCI Albion
10745, Route 18
Albion, PA 16475-0002